UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. JAMES,

                Petitioner,

    v.

ERIC JACKSON,

                Respondent.

No. 3:16-cv-06063-RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation (Dkt. 11).

(2)     Respondent's motion to dismiss (Dkt. 8) is **DENIED** and this matter is **STAYED** pending resolution of petitioner's state court proceedings. Petitioner is directed to notify the Court within thirty (30) days of resolution of his state court proceedings and to provide the Court with a status report of his state court proceedings every ninety (90) days.

(3)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 18th day of April, 2017.

                              ROBERT J. BRYAN
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1