UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT E. JAMES,

          Petitioner,

v.

ERIC JACKSON,

          Respondent.

CASE NO. 16-6063 RJB-BAT

ORDER ON REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Brian A. Tsuchida. Dkt. 70. The Court has considered the Report and Recommendation (Dkt. 70) and the remaining file.

The Report and Recommendation recommends denying the Petitioner's motion to amend his federal habeas petition (Dkt. 63) and granting the Petitioner's motions for extension of time (Dkts. 63 and 67), in part. Dkt. 70. It recommends resetting the briefing schedule to requiring that the Petitioner file his response to the Respondent's answer by September 20, 2021. *Id.* It further recommends that the habeas petition be renoted for consideration for October 1, 2021.

ORDER ON REPORT AND RECOMMENDATION - 1

The Report and Recommendation (Dkt. 70) should be adopted and the case re-referred to U.S. Magistrate Judge Tsuchida.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of August, 2021.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge